IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 23-755 DHU |
| vs. | ) |
| **NORBERT MICHAEL TSOSIE,** a.k.a. Norbert Michael Dick, | ) 18 U.S.C. §§ 1153 and 113(a)(8): Assault of an Intimate Partner by Strangling. |
| Defendant. | ) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 24 2023
MITCHELL R. ELFERS
CLERK

## INDICTMENT

The Grand Jury charges:

On or about November 3, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **NORBERT MICHAEL TSOSIE**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
ecd